IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAN-BUNKERING (AMERICA) INC.** | § | CIVIL ACTION NO. 4:25-cv-02389 |
| | § | |
| | § | JUDGE GEORGE C. HANKS, JR. |
| | § | |
| | § | MAG. JUDGE RICHARD W. BENNETT |
| | § | |
| Versus | § | FRCP Rule 9(h) Claim |
| | § | |
| **ANDINO ALPHA,** *in rem,* | § | |
| **TRANSPORTACION MARITIMA** | § | |
| **MEXICANA, SA DE CV,** *in personam* | § | |

### MOTION TO VACATE WARRANT OF VESSEL ARREST AND RELEASE VESSEL

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Dan-Bunkering (America), Inc. ("**Plaintiff**" or "**Dan Bunkering**"), who respectfully requests that the Court issue an order releasing the ANDINO ALPHA, *in rem* (the "**Vessel**") from the Warrant of Vessel Arrest issued by this Court on May 29, 2025 in the above-captioned matter. As part of ongoing settlement discussions, Dan Bunkering has stipulated to the release of the Vessel from the Warrant of Vessel Arrest. To date, no other party has filed any statement of claim or interest or made an appearance in the above-captioned matter.

WHEREFORE, Plaintiff, Dan-Bunkering (America), Inc. respectfully requests that this Court enter an Order vacating the Warrant of Vessel Arrest and authorizing the release of the ANDINO ALPHA from the Warrant of Vessel Arrest issued on May 29, 2025.

Respectfully submitted,

*/s/ Adam C. McNeil*
**ADAMS AND REESE LLP**
MATTHEW C. GUY
Texas Bar No. 24050702
S.D. Tex. Id. No. 622802
ADAM C. MCNEIL

                Texas Bar No. 24113306
                S.D. Tex. Id. No. 3450873
                SKYLAR HOLLAND
                Texas Bar No. 24143017
                S.D. Tex. Id. No. 3904418
                701 Poydras Street, Suite 4500
                New Orleans, LA 70139
                504-585-0205
                Fax: 504-566-0210
                Email: matthew.guy@arlaw.com
                Email: adam.mcneil@arlaw.com
                Email: skylar.holland@arlaw.com

                ***Counsel for Plaintiff, Dan-Bunkering (America), Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on all counsel of record by delivering a copy of same via the Court's CM/ECF System, this 24th day of June, 2025.

                /s/ *Adam C. McNeil*
                Adam C. McNeil

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAN-BUNKERING (AMERICA) INC.** | § | **CIVIL ACTION NO. 4:25-cv-02389** |
| | § | |
| | § | **JUDGE GEORGE C. HANKS, JR.** |
| | § | |
| | § | **MAG. JUDGE RICHARD W. BENNETT** |
| | § | |
| **Versus** | § | **FRCP Rule 9(h) Claim** |
| | § | |
| **ANDINO ALPHA,** *in rem,* | § | |
| **TRANSPORTACION MARITIMA** | § | |
| **MEXICANA, SA DE CV,** *in personam* | § | |

## ORDER

On this day, the Court considered Dan-Bunkering (America), Inc.'s *Motion to Vacate Warrant of Vessel Arrest and Release Vessel.* The Court GRANTS the motion.

**IT IS ORDERED** that the Warrant of Vessel Arrest issued on May 29, 2025 in the above-captioned matter is hereby vacated;

**IT IS FURTHER ORDERED** that the United States Marshal and the Appointed Substitute Custodian, National Maritime Services, Inc., are hereby authorized and directed to surrender possession of the Vessel to the Vessel's master or his nominee;

**IT IS SO ORDERED.**

SIGNED at Houston, Texas on this _____ day of June, 2025.

_____
**HON. GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**